```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    TIMOTHY J. SEARIGHT
 4  Assistant United States Attorney
    California Bar Number: 151387
 5
        1400 United States Courthouse
 6      312 North Spring Street
        Los Angeles, California 90012
 7      Telephone: (213) 894-3749
        Facsimile: (213) 894-0142
 8      timothy.searight@usdoj.gov

 9  Attorney for Plaintiff
    UNITED STATES OF AMERICA
10
```

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 98-00523-CBM |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| v. | ) |
| MANUEL FARFAN-BELTRAN, | ) |
| Defendant. | ) |

The government having moved, it is hereby ORDERED, that the arrest warrant for material witness Mary Alexandra Gonzalez-Martinez is recalled and quashed.

SO ORDERED.

Dated: July 24, 2008

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge